**Motion Granted; Order filed December 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01049-CV
_____

**JAMES L. DOYLE, Appellant**

**V.**

**FLEMING & ASSOCIATES, L.L.P., Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-45728**

## ORDER

On November 29, 2012, the parties notified this court that they are attempting to reach an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until February 4, 2013. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive

motion.  The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM